UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEROME LEE McCLELLAND,<br><br>　　　　　　　　　Defendant. | CASE NO:  2:22-CR-0133-TOR-8<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

BEFORE THE COURT is the government's Motion to Dismiss Indictment with Prejudice. ECF No. 176. The Court has reviewed the motion and the file therein and is fully informed. Having been advised of Defendant's death, the Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a). For good cause shown, the Court grants the motion.

**Accordingly, IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss Indictment with Prejudice (ECF No. 176) is **GRANTED as to Defendant McClelland only**.

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

2.  The arrest warrant issued on September 21, 2022, is **QUASHED**.

3.  The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

DATED October 3, 2022.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 2